FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAS A. K.,[1]<br><br>                    Plaintiff,<br><br>      v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                    Defendant. | No: 2:26-cv-03066-RLP<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand, ECF No. 11.  Based on the stipulation of the parties, the Court finds good cause to grant the motion.  Accordingly, pursuant to the stipulation, **IT IS ORDERED**:

1.      The Stipulated Motion for Remand, **ECF No. 11**, is **GRANTED**.

2.      This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy.  *See* LCivR 5.2(c).

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

3.    Upon remand, the Appeals Council will vacate the final decision and remand the case to an Administrative Law Judge who will offer the claimant an opportunity for a new hearing, further develop the record as necessary, and issue a new decision.

4.    Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5.    Plaintiff's Opening Brief, ECF No. 9, and the hearing and remaining briefing schedule are VACATED as moot.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.  Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** July 31, 2026.

REBECCA L. PENNELL
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2